# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert A. Canzanese          CHAPTER 13
       Michelle L. Canzanese
            Debtor(s)          BKY. NO. 15-10741 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 and index same on the master mailing list.

                                            Respectfully submitted,
                                            **/s/ Rebecca A. Solarz Esquire**
                                             Rebecca A Solarz, Esquire
                                             Kevin G. McDonald, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322