United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 15-10741-amc
Robert A Canzanese   Chapter 13
Michelle L Canzanese
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: dlv    Page 1 of 3    Date Rcvd: Aug 12, 2020
                    Form ID: 138NEW    Total Noticed: 85

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
```
db/jdb         +Robert A Canzanese,    Michelle L Canzanese,    9 Waterview Drive,    Sicklerville, NJ 08081-1683
cr              Lakeview Homeowners Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ  08903-1111
cr             +SPECIALIZED LOAN SERVICING LLC,    14841 DALLAS PKWY SUITE 425,    Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr             +WELLS FARGO BANK, N.A.,    1 Home Campus,    Des Moines, IA 50328-0001
13467438       +ADVOCARE,    CARES LLC,    P.O. BOX 3001 D55,    Voorhees, NJ 08043-0598
13467437       +ADVOCARE,    P.O. BOX 3001,    Voorhees, NJ 08043-0598
13467439       +AMERICAN EXPRESS,    P.O. BOX 981537,    El Paso, TX 79998-1537
13467440       +Apex Asset,    1891 Santa Barbara,    Lancaster, PA 17601-4106
13467441       +Apex Asset Management,    1891 Santa Barbara Drive,    #204,    Lancaster, PA 17601-4106
13544491        Apex Asset Management, LLC,    P.O. Box 5407,    Lancaster, PA  17606-5407
13467442       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13467443        Bk Of Amer,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
13467446       +CASCIO ELECTRIC,    1220 SOUTH 35TH STREET,    Philadelphia, PA 19146-3201
13467444       +Cap One,    Po Box 9,    Buffalo, NY 14240-0009
13516306        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13467451       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13480276       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13467458       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
13547194        Emerg Phy Assoc of S. Jersey, PC,    P.O. Box 1109,    Minneapolis, MN  55440-1109
13467461       +FMS, INC.,    4915 SOUTH UNION AVE.,    Tulsa, OK 74107-7839
13467462       ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Corporation,     Ford Motor Credit,    Po Box 6275,
                 Dearborn, MI 48121)
13467463       +FREEMAN & MINTZ, P.A.,    34 TANNER STREET,    Haddonfield, NJ 08033-2482
14452353       +Federal Home Loan Mortgage Corporation, as Truste,    Serviced by Select Portfolio Servicing,,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
14504472       +Federal Home Loan Mortgage Corporation, as Trustee,    C/O KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
13467460       +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
13973068        Joseph A. Dessoye, Esq., Id. No.200479,    Phelan Hallinan Diamond & Jones, LLP,
                 Atty for The Bank of New York Mellon,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
13957202        McGOVERN LEGAL SERVICES, LLC,    BY: FRANCIS J. McGOVERN, JR., ESQ.,
                 Atty for Lakeview Homeowners Assoc,    850 U.S. HIGHWAY 1, 1st  FLOOR,    P.O. BOX 1111,
                 NEW BRUNSWICK, NEW JERSEY 08903-1111
13467470       +Mcydsnb,    Po Box 8218,    Mason, OH 45040-8218
13566550       +Mitchell Lee Chambers, Esq.,    602 Little Gloucester,    Road,    Suite 5,
                 Blackwood, NJ 08012-5213
13467471       +OCWEN LOAN SERVICING,    12650 INGENUITY DRIVE,    Orlando, FL 32826-2703
13467474       +Phelan, Hallinan, & Schmieg, 2,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
13467476       +Prfrd Cus Ac,    Po Box 94498,    Las Vegas, NV 89193-4498
13467477       +Raymr&flnign,    Po Box 94498,    Las Vegas, NV 89193-4498
13467478       +Ronald Canzanese,    3013 South 16th Street,    Philadelphia, PA 19145-4903
13467481       +SANTANDER CONSUMER,    P.O. BOX 961245,    Fort Worth, TX 76161-0244
13470895       +Santander Consumer USA Inc,    P.O. Box 560284,    Dallas, TX 75356-0284
13467483        Sears/cbna,    133200 Smith Rd,    Cleveland, OH 44130
13467482       +Sears/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14273764       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13467489        Target N.b.,    C/o Target Credit Services,    Minneapolis, MN 55440
13878137       +The Bank of New York Mellon Trust Company,    c/o: Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    PO Box 24605,    West Palm Beach, FL 33416-4605
13467491       +VIRTUA HEALTH,    P.O. BOX 8500-8267,    Philadelphia, PA 19178-0001
13467493       +VIRTUA HOSPITAL,    34 TANNER STREET,    Haddonfield, NJ 08033-2475
13467492        Virtua Health,    P.O. Box 8099,    Bellmawr, NJ 08099
13467494       ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Bank,     8480 Stagecoach Circle,    Frederick, MD 21701)
13513898       +WELLS FARGO BANK, N.A.,    ATTENTION: BANKRUPTCY DEPARTMENT,    MAC #D3347-014,
                 3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
13467495       +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
13528359        Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                 Des Moines, IA 50328-0001
13467497        Wf Card/wb,    Credit Bureau Disp,    Des Moines, IA 50306
13467498       +Wffnatlbnk,    Po Box 94498,    Las Vegas, NV 89193-4498
```

```
District/off: 0313-2            User: dlv                   Page 2 of 3                    Date Rcvd: Aug 12, 2020
                                Form ID: 138NEW             Total Noticed: 85


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:42      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2020 04:26:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: jennifer.chacon@spservicing.com Aug 13 2020 04:26:52
                 SELECT PORTFOLIO SERVICING, INC.,    PO Box 65250,    Salt Lake City, UT 84165-0250
13508932         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2020 04:32:08
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13467445        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2020 04:30:57      Cap1/bstby,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13467452        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2020 04:26:11      Comenity Bank/Ann Taylor,
                 Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13467453        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2020 04:26:11      Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13467454        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2020 04:26:11      Comenity Bank/Limited Too,
                 Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
13467455        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2020 04:26:11
                 Comenity Bank/New York & Company,    Attention: Bankruptcy,    P.O. Box 182686,
                 Columbus, OH 43218-2686
13467456        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2020 04:26:11      Comenity Bank/PacSun,
                 Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13467457        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2020 04:26:12      Comenity Bank/vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13467459        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 13 2020 04:26:12      Express/Comenity Bank,
                 Attention: Bankruptcy Dept,    Po Box 182686,    Columbus, OH 43218-2686
13467464        +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:31:46      GECRB /HH Gregg,
                 Attention:Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13467466        +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:30:58      GECRB/JC Penny,
                 Attention:  Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13467467        +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:31:46      GECRB/Lowes,
                 Attention:  Bankruptcy Department,     Po Box 103104,    Roswell, GA 30076-9104
13467468        +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:31:46      GECRB/MCCBG,   Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13467447         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 13 2020 04:30:56      Chase,   Po Box 15298,
                 Wilmington, DE 19850
13467449         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 13 2020 04:31:46      Chase - Cc,
                 Chase Card Svcs/Attn:Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850
13467448         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 13 2020 04:30:56      Chase - Cc,
                 Po Box 15298,    Wilmington, DE 19850
13467450         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 13 2020 04:30:13      Chase-pier1,
                 Chase Card Svcs/Attn:Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850
13467469        +E-mail/Text: PBNCNotifications@peritusservices.com Aug 13 2020 04:26:05      Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
13467472        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2020 04:26:20      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13467475         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2020 04:30:37
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541
13485790         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2020 04:26:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13467473        +E-mail/Text: nod.referrals@fedphe.com Aug 13 2020 04:26:05      Phelan, Hallinan, & Schmieg,
                 1617 JFK Blvd,    One Penn Center,    Suite 1400,   Philadelphia, PA 19103-1814
13499741         E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2020 04:26:13
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13467479        +E-mail/Text: bankruptcy@savit.com Aug 13 2020 04:26:50      Sa-vit Enterprises,   Po Box 250,
                 East Brunswick, NJ 08816-0250
13467480        +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:31:49      Sams Club / GEMB,
                 Attention:  Bankruptcy Department,     Po Box 103104,    Roswell, GA 30076-9104
13467484        +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:30:14      Syncb/gap,   Po Box 965005,
                 Orlando, FL 32896-5005
13467485        +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:30:14      Syncb/lane Furniture,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
13467486        +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:30:15      Syncb/tjx Cos,   Po Box 965015,
                 Orlando, FL 32896-5015
13467487        +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:30:56      Syncb/toysrus,   Po Box 965005,
                 Orlando, FL 32896-5005
13467488        +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:31:46      Syncblowbrcp,   P.o. Box 965005,
                 Orlando, FL 32896-5005
13467490        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 13 2020 04:25:52
                 Verizon,    500 Technology Dr,    Ste 550,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 34
```

```
District/off: 0313-2              User: dlv                  Page 3 of 3                  Date Rcvd: Aug 12, 2020
                                  Form ID: 138NEW            Total Noticed: 85


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Emerg Phy Assoc of S. Jersey, PC
smg*             Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA 17128-0946
cr*             +Specialized Loan Servicing LLC,     14841 DALLAS PARKWAY, SUITE 425,    Dallas, TX 75254-8067
13467465*       +GECRB/ HH Gregg,    Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13467496*      ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                   ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home,      8480 Stagecoach Circle,   Frederick, MD 21701)
                                                                                      TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor. et al. paeb@fedphe.com
              ANDREW M. LUBIN    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
               alubin@milsteadlaw.com, bkecf@milsteadlaw.com
              ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com
              FRANCIS J. MCGOVERN    on behalf of Creditor    Lakeview Homeowners Association, Inc.
               FMcGovern@theassociationlawyers.com
              JAMES P. SHAY    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As
               Successor. et al. james.shay@phelanhallinan.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor. et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York As Successor. et al. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor. et al. paeb@fedphe.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Plaintiff Michelle L Canzanese ecfbc@comcast.net,
               paecfbc@gmail.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Plaintiff Robert A Canzanese ecfbc@comcast.net,
               paecfbc@gmail.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Joint Debtor Michelle L Canzanese ecfbc@comcast.net,
               paecfbc@gmail.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Robert A Canzanese ecfbc@comcast.net,
               paecfbc@gmail.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 19
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert A Canzanese and Michelle L Canzanese

        Debtor(s)                      Bankruptcy No: 15−10741−amc
                                              Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                          Suite 400
                    Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                            For The Court
                                              Timothy B. McGrath
                                                Clerk of Court

Dated: 8/12/20

                                                                                70 − 69
                                                                       Form 138_new