United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert A Canzanese  
Michelle L Canzanese  
       Debtors

Case No. 15-10741-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Sep 14, 2020  
                  Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.
```
db             +Robert A Canzanese,    9 Waterview Drive,    Sicklerville, NJ 08081-1683
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2020 at the address(es) listed below:
```
              ANDREW   SPIVACK     on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              ANDREW   SPIVACK     on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor. et al. paeb@fedphe.com
              ANDREW M. LUBIN     on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
               alubin@milsteadlaw.com, bkecf@milsteadlaw.com
              ANN E. SWARTZ     on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN     on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com
              FRANCIS J. MCGOVERN     on behalf of Creditor    Lakeview Homeowners Association, Inc.
               FMcGovern@theassociationlawyers.com
              JAMES P. SHAY     on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As
               Successor. et al. james.shay@phelanhallinan.com
              JEROME B. BLANK     on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor. et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York As Successor. et al. paeb@fedphe.com
              MARIO J. HANYON     on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor. et al. paeb@fedphe.com
              MITCHELL LEE CHAMBERS, JR.     on behalf of Plaintiff Michelle L Canzanese ecfbc@comcast.net,
               paecfbc@gmail.com
              MITCHELL LEE CHAMBERS, JR.     on behalf of Plaintiff Robert A Canzanese ecfbc@comcast.net,
               paecfbc@gmail.com
              MITCHELL LEE CHAMBERS, JR.     on behalf of Joint Debtor Michelle L Canzanese ecfbc@comcast.net,
               paecfbc@gmail.com
              MITCHELL LEE CHAMBERS, JR.     on behalf of Debtor Robert A Canzanese ecfbc@comcast.net,
               paecfbc@gmail.com
              PAUL WILLIAM CRESSMAN     on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ     on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 19
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Robert A Canzanese and Michelle L Canzanese : Case No. 15−10741−amc
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , September 14, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

74
Form 195